UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)



| | |
|---|---|
| **UNITED STATES OF AMERICA, et al.,** | |
| Plaintiffs, | 3:16-mc-S |
| v. | Case No. 1:16-cv-01493-ABJ |
| **ANTHEM, INC. and CIGNA CORP.,** | |
| Defendants. | |

### ANTHEM, INC.'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DIRECTED TO PATIENT FIRST CORPORATION

Pursuant to Rules 37 and 45 of the Federal Rules of Civil Procedure and Local Rule 37, Anthem, Inc. respectfully moves to compel Patient First Corporation to produce documents in an expedited merger litigation in accordance with the subpoena attached hereto as **Exhibit A**, in sufficient time to proceed with a deposition of a 30(b)(6) representative for Patient First before the close of fact discovery in that litigation on October 21, 2016. Anthem respectfully requests that its Motion be heard on an emergency basis due to Patient First's confirmation on October 12, 2016, that it will not produce certain materials in response to a narrowed subpoena served by Anthem, even though a Senior Vice President for Patient First was added to the Antitrust Division's final trial witness list just days ago, and the materials sought relate directly to the sole topic for examination at the 30(b)(6) deposition.

## CERTIFICATION OF ATTEMPT
## TO RESOLVE THIS MATTER WITHOUT COURT ACTION

Anthem hereby certifies that it has in good faith conferred with Patient First in an effort to resolve this matter without court action and, despite narrowing the areas of dispute, was unable to resolve the matters addressed in this Motion.

Dated: October 14, 2016

Respectfully submitted,

/s/ Jaime M. Crowe

Jaime M. Crowe (VSB No. 37186)
**WHITE & CASE LLP**
701 Thirteenth Street, NW
Washington, DC  20005
Tel:  +1 202 626 3600
Fax: +1 202 639 9355
jcrowe@whitecase.com
*Attorney for Anthem, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2016, I caused true and correct copies of the following to be served by hand and email upon Turner Broughton of Williams Mullen, outside counsel for Patient First Corporation, and by email pursuant to Paragraph 18 of the Case Management Order (Dkt. 91), upon all counsel of record:

- ANTHEM, INC.'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DIRECTED TO PATIENT FIRST CORPORATION;

- ANTHEM, INC.'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DIRECTED TO PATIENT FIRST CORPORATION; and

- DECLARATION OF MICHAEL E. HAMBURGER IN SUPPORT OF ANTHEM, INC.'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DIRECTED TO PATIENT FIRST CORPORATION, and accompanying exhibits.

Dated: October 14, 2016
Washington, D.C.

Respectfully submitted,

Jaime M. Crowe (VSB No. 37186)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
Tel: +1 202 626 3600
Fax: +1 202 639 9355
jcrowe@whitecase.com
*Attorney for Anthem, Inc.*